IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.                                                       CASE NO. 1:11-cv-1-MP-GRJ

LEVY COUNTY JAIL, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On March 28, 2011, the Court ordered Plaintiff to show cause on or before April 8, 2011, as to why this case should not be dismissed for failure to comply with the Court's order to pay the filing fee or move for leave to proceed as a pauper. Doc. 5. As of the date of this order, Plaintiff has failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 12th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**