IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO. 1:11-cv-00001-MP -GRJ

JERRELLS, LEVY COUNTY JAIL, MARSH, LISA MATTHIS, JOHNNY SMITH,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute. On January 5, 2011, the Court directed Plaintiff to file a motion for leave to proceed *in forma pauperis* with a prisoner consent form and inmate account information or pay the full filing fee. After the Magistrate Judge issued his report and recommendation, Plaintiff untimely filed a second motion for leave to proceed *in forma pauperis* with the required prisoner consent form and inmate account information. Plaintiff states that his mail delivery and access to the law library was delayed due to his transfers within the prison system. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 6, is REJECTED and this case is referred back to the Magistrate Judge for further consideration.

    **DONE AND ORDERED** this   *3rd* day of June, 2011

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge