IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.                                    CASE NO. 1:11-cv-1-MP-GRJ

LEVY COUNTY JAIL, et al,

    Defendants.

_____/

## ORDER

This case is before the Court on Docs. 14 and 15, Plaintiff's motions for extension of time to file his amended complaint and pay the initial partial filing fee.

Upon due consideration, it is **ORDERED**

That the motions, Docs. 14 and 15, are **GRANTED**. Plaintiff shall file his amended complaint and pay the initial filing fee **on or before February 2, 2012**, failing which the Court will recommend, without further notice, that this case be dismissed for failure to prosecute.

**DONE AND ORDERED** this 19th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge