IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-1-MP-GRJ

NURSE F/N/U MARSH and
SERGEANT F/N/U JERRELLS,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 37, Defendants' Joint Motion to Compel Discovery. Defendants request the Court to enter an order compelling Plaintiff to respond to Defendant Jarrells' interrogatories and request to produce. Additionally, Defendants request the Court to order the Plaintiff to contact counsel immediately to schedule Plaintiff's deposition. Defendants have attempted in good faith to obtain responses to the discovery requests and to obtain a date for Plaintiff's deposition. Despite these efforts the Plaintiff has failed to provide responses to the discovery requests or contact counsel for Defendants to schedule his deposition. The discovery deadline in this case is January 23, 2013. Plaintiff, therefore, must provide responses to the discovery requests and coordinate his deposition in sufficient time for the discovery to be completed by the discovery deadline.

Accordingly, upon due consideration, it is **ORDERED**:

1. Defendants' Joint Motion to Compel Discovery (Doc. 37) is **GRANTED**.

2. Plaintiff must provide answers to Defendant Jerrells' interrogatories,

responses to Defendant Jerrells' request to produce, and produce all responsive documents by **December 28, 2012**.

    3.   Plaintiff must contact counsel for Defendants by **December 21, 2012** and provide available dates for Plaintiff's deposition.

    4.   Plaintiff is advised that failure to respond to the requested discovery and failure to schedule his deposition within the deadlines established in this order may be grounds for the entry of sanctions, including but not limited to the dismissal of this case.

    **DONE AND ORDERED** this 13th day of December 2012.

    *s/ Gary R. Jones*
    GARY R. JONES
    United States Magistrate Judge