IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.                                                                     CASE NO. 1:11-cv-1-MP-GRJ

NURSE F/N/U MARSH and
SERGEANT F/N/U JERRELLS,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Doc. 39, Defendants' Joint Motion to Dismiss. On December 13, 2012, the undersigned granted Defendants' Joint Motion to Compel Discovery and ordered Plaintiff to provide answers to interrogatories, responses to requests to produce, and produce all responsive documents to Defendants by December 28, 2012. Plaintiff was also ordered to contact counsel for Defendants by December 21, 2012, and provide available dates for Plaintiff's deposition. Doc. 38. Plaintiff was warned that failure to respond to the requested discovery and failure to schedule his deposition within the deadlines established would be grounds for the entry of sanctions, including but not limited to the dismissal of this case.

In the instant motion, Defendants represent that Plaintiff has failed to respond to the requested discovery, has not scheduled his deposition, and has not provided a telephone number or email address with which to contact him. Doc. 39.

The Court concludes that Plaintiff's failure to comply with the Court's order and participate in discovery merits the sanction of dismissal. If Plaintiff believes he can

show cause as to why dismissal is not appropriate under these circumstances, he may do so by way of filing timely objections to this Report and Recommendation.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, Doc. 39, be **GRANTED**, and that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 7th day of January 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.