IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL EUGENE BOYKIN, JR,

    Plaintiff,

v.                            CASE NO. 1:11-cv-00001-MP-GRJ

NURSE F/N/U MARSH and
SERGEANT F/N/U JERRELLS,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 7, 2013. (Doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' joint motion to dismiss (doc. 39) is GRANTED, and this case is DISMISSED for failure to comply with an order of the Court and failure to prosecute.

**DONE AND ORDERED** this _6th_ day of February, 2013

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge